## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICOH USA, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 20-4025** |
| | : | |
| **INNOVATIVE SOFTWARE** | : | |
| **SOLUTION, INC.,** *et al.* | : | |

# ORDER

**AND NOW**, this 30th day of November 2020, upon considering Plaintiff's Motion to dismiss the counterclaims (ECF Doc. No. 18), Defendants electing not to oppose the Motion under Local Rule 7.1, and for reasons in the accompanying Memorandum including reviewing the merits of the counterclaims, it is **ORDERED** Plaintiff's Motion to dismiss the counterclaims as plead (ECF Doc. No. 18) is **GRANTED**.

_____
**KEARNEY, J.**